**FILED**

NOV 1 3 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :
: CRIMINAL NO.: 13-082 (EGS)
KING EVERETT JOHNSON, :
:
Defendant. :
:

## CONSENT ORDER OF FORFEITURE

**WHEREAS**, the defendant has pleaded guilty to Count One of an Information charging Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 371;

**WHEREAS**, the Information alleged that upon conviction of the offense in Count One, the defendant shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

**WHEREAS**, the Information further alleged that the United States will seek a forfeiture money judgment against the defendant in the amount of $124,163.30;

**WHEREAS**, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in the amount of $124,163.30 in the plea agreement;

**WHEREAS**, pursuant to Fed. R. Crim. P. 32.2(b)(1), this Court determines, based on the plea agreement and evidence set forth during the defendant's plea hearing, that the above property is subject to forfeiture, and that the defendant will be ordered to pay a forfeiture money judgment in the amount of $124,163.30;

WHEREAS, upon entry of a forfeiture order, Fed. R. Crim. P. 32.2(b)(3) authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED*:

1. The following property is forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

   a. any property, real or personal, which constitutes or is derived from proceeds traceable to the offense in Count One.

2. A forfeiture money judgment in the amount of $124,163.30 is entered against the defendant.

3. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

4. This Order shall become final as to the defendant at sentencing and be made part of the sentence and included in the judgment, pursuant to Fed. R. Crim. P. 32.2(b)(4).

5. The Attorney General or a designee, pursuant to Fed. R. Crim. P. 32.2(b)(3), is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Anthony Saler, Asset Forfeiture and Money Laundering Section, 555 Fourth Street, N.W., 4th Floor, Washington, D.C. 20530.

Dated this 13th day of Nov., 2014

_____
EMMET G. SULLIVAN
United States District Court Judge
for the District of Columbia

WE ASK FOR THIS:

/s/ Ronald C. Machen Jr.
RONALD C. MACHEN JR., D.C. Bar No. 447-889
UNITED STATES ATTORNEY

By: _____
Michael K. Atkinson
James E. Smith
Anthony Saler
Assistant United States Attorneys

_____            _____
King Everett Johnson                       Ross A. Nabatoff
Defendant                                  Andrew D. Herman
                                           Counsel for Defendant